Ryan Lee, Esq. (SBN 235879)
Rlee@consumerlawcenter.com
Matthew A. Rosenthal, Esq. (SBN 279334)
Mrosenthal@consumerlawcenter.com
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 861-1390
Attorneys for Plaintiff,
JENNY SANTAMARIA

**UNITED STATES DISTRICT COURT,**
**CENTRAL DISTRICT OF CALIFORNIA,**
**WESTERN DIVISION-LOS ANGELES**

| | |
|---|---|
| JENNY SANTAMARIA,<br><br>          Plaintiff,<br><br>     v.<br><br>ORIONS MANAGEMENT GROUP, LLC<br><br>          Defendants. | Case No. CV14-3165 BRO AGRx<br><br>**COMPLAINT**<br><br>**(Unlawful Debt Collection Practices)** |

JENNY SANTAMARIA (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges

the following against ORIONS MANAGEMENT GROUP, LLC (Defendant):

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (FDCPA).

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788 *et seq.* (RFDCPA).

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, insurers, and attorneys.

///

- 1 -

VERIFIED COMPLAINT

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and 28 U.S.C. 1367 grants this court supplemental jurisdiction over the state claims contained therein.

5. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

6. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

7. Plaintiff is a natural person residing in West Covina, Los Angeles County, California.

8. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendants, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5) and Cal. Civ. Code § 1788.2(h).

9. Defendants are debt collectors as that term is defined by 15 U.S.C. 1692a(6) and Cal. Civ. Code §1788.2(c), and sought to collect a consumer debt from Plaintiff.

10. Defendant is a Corporation with its headquarters in Anaheim, CA.

## FACTUAL ALLEGATIONS

11. Defendant is attempting to collect an alleged debt owed by Plaintiff to HSBC-Ameritech.

12. Plaintiff's alleged debt owed arises from transactions used for personal, family, and household purposes.

13. Defendant places calls from numbers including, but not limited to, 714-683-0931 and 714-683-0934.

14. Defendant places calls to Plaintiff's cell phone at 626-274-10XX.

15. On January 8, 2014, Defendant placed a call to Plaintiff's place of employment and left a voicemail message.

- 2 -

16. In the voicemail message, Defendant's representative, "Mr. Brown," failed to state the name of the company placing the call, failed to state that the call was from a debt collector, and failed to state that the call was being placed to collect an alleged debt. *See* transcribed voicemail message attached hereto as Exhibit "A."

17. In the voicemail message, Defendant's representative, "Mr. Brown," directed Plaintiff to return the call to 714-683-0934, which is a number that belongs to Defendant. *See* Exhibit "A."

18. On January 9, 2014, Defendant placed a call to Plaintiff's place of employment and left a second voicemail message.

19. In the voicemail message, Defendant's representative, "Mr. Brown," failed to state the name of the company placing the call, failed to state that the call was from a debt collector, and failed to state that the call was being placed to collect an alleged debt. *See* second transcribed voicemail message attached hereto as Exhibit "B."

20. In the voicemail message, Defendant's representative, "Mr. Brown," directed Plaintiff to return the call to 714-683-0934, which is a number that belongs to Defendant. *See* Exhibit "B."

21. On January 9, 2014 Defendant's representative, "Mr. Brown," placed a call to Plaintiff's place of employment wherein Defendant threatened to contact Plaintiff's employer in order to serve legal papers on Plaintiff.

22. On January 9, 2014, Plaintiff spoke to Plaintiff's representative, "Mr. Brown," and requested that Defendant cease placing all collection calls. In response, "Mr. Brown" threatened to serve Plaintiff with a lawsuit at Plaintiff's place of employment.

23. Upon information and belief, no such lawsuit has been filed or served upon Plaintiff to date.

24. Despite Plaintiff's request to cease, Defendant continues to place collection calls to

- 3 -

1   Plaintiff and Plaintiff's husband, including calls to Plaintiff's husband on January 21,

2   2014; January 28, 2014; February 1, 2014; March 5, 2014; and March 6, 2014.

3   25. On March 7, 2014, Defendant placed a call to Plaintiff's cell phone and left a third

4   voicemail message.

5   26. In the voicemail message, Defendant's representative failed to state that the call was

6   from a debt collector and failed to state that the call was being placed to collect an

7   alleged debt. *See* third transcribed voicemail message attached hereto as Exhibit "C."

8   27. In the voicemail message, Defendant's representative directed Plaintiff to return the call

9   to 714-683-0934, which is a number that belongs to Defendant. *See* Exhibit "C."

10  28. Defendant is using false, deceptive and misleading means in connection with attempting

11  to collect a debt by not identifying the purpose of its phone calls or that they are an

12  attempt to collect a debt.

13  **COUNT I**
    **DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

14

15  29. Defendant violated the FDCPA based on the following:

16      a. Defendant violated § 1692d of the FDCPA by engaging in conduct the natural

17         consequence of which is to harass, oppress, or abuse any person in connection

18         with the collection of a debt;

19      b. Defendant violated § 1692d(6) of the FDCPA when Defendant placed telephone

20         calls without meaningful disclosure of the caller's identity;

21      c. Defendant violated §1692e of the FDCPA by using false, deceptive or misleading

22         representation with the collection of the debt;

23      d. Defendant violated §1692e(5) of the FDCPA by falsely threatening to serve legal

24         papers on Plaintiff at Plaintiff's place of employment;

25      e. Defendant violated § 1692e(10) of the FDCPA by using deceptive means in an

- 4 -

VERIFIED COMPLAINT

1  attempt to collect a debt;

2      f.   Defendants violated § 1692e(11) of the FDCPA by failing to disclose that the call

3          was from a debt collector.

4     WHEREFORE, Plaintiff, JENNY SANTAMARIA, respectfully requests judgment be

5  entered against Defendant, ORIONS MANAGEMENT GROUP, LLC for the following:

6    30. Statutory damages of $1,000.00  pursuant to the Fair Debt Collection Practices Act, 15

7       U.S.C. 1692k,

8    31. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act,

9       15 U.S.C. 1692k,

10   32. Any other relief that this Honorable Court deems appropriate.

11                              **COUNT II**

**DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION**
12                              **PRACTICES ACT**

13   33. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as

14      the allegations in Count II of Plaintiff's Complaint.

15   34. Defendant violated the RFDCPA based on the following:

16      a.   Defendant violated § 1788.17 of the RFDCPA by continuously failing to comply

17         with the statutory regulations contained within the FDCPA, 15 U.S.C. § 1692 *et*

18         *seq.*

19    WHEREFORE, Plaintiff, JENNY SANTAMARIA, respectfully requests judgment be

20 entered against Defendant, ORIONS MANAGEMENT GROUP, LLC for the following:

21   35. Statutory damages of $1,000.00   pursuant to the Rosenthal Fair Debt Collection

22      Practices Act, Cal. Civ. Code §1788.30(b),

23   36. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection

24      Practices Act, Cal. Civ Code § 1788.30(c), and

25   37. Any other relief that this Honorable Court deems appropriate.

VERIFIED COMPLAINT

RESPECTFULLY SUBMITTED,

DATED:  April 17, 2014            KROHN & MOSS, LTD.

By: _____

Ryan Lee
Attorney for Plaintiff

- 6 -

VERIFIED COMPLAINT

# EXHIBIT A

"Hey, this is Mr. Brown, could you give me a call back here at my office, I would appreciate it.  I want to speak with you in regards to a couple things that concern you. I am able to do it at your place of employment, I wanted to fill you in before we actually went that route so if you could give me a call back, my direct number here in the office is 714-683-0934."

# EXHIBIT B

"Hi Jenny, this is Mr. Brown. I actually left you a message yesterday, if you could get a hold of me. Unfortunately, if I don't hear back from you I have to go ahead and contact the principal to find out the procedures there (unintelligible) service paperwork. MY direct number here in my office is 714-683-0934. If you can get a hold of me, I'll be in my office here until about 5:30 today. Again, very important that I speak with you. 714-683-0934."

# EXHIBIT C

"Good afternoon, this message is for Jenny Santamaria. (unintelligible) contact for her. Hi Jenny, my name is (unintelligible) I'm calling from MR. Brown's office at Orions. It's very important to call back.  Contact Mr. Brown at area code 714-683-0934.  That is a direct line.   If we don't hear from you, Jenny, we will be sending a voucher (unintelligible) employer, which won't help getting the matter resolved as quickly as possible (unintelligible).  Please give him a phone call back in his office at 714 area code, 683-0934. (unintelligible) that's being scheduled out to your property address on Belmont avenue, West Covina, California is going to require a response from you. Contact us at 714-683-0934.  Thank you very much Jenny, have a good night and we'll talk to you soon."

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____Beverly Reid O'Connell_____ and to
Magistrate Judge _____Alicia G. Rosenberg_____ .

The case number on all documents filed with the Court should read as follows:

### CV14-3165-BRO(AGRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the assigned Magistrate Judge has been designated to hear discovery-related motions. All discovery-related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

April 24, 2014                                     By  C. Sawyer
_____                                        _____
     Date                                              Deputy Clerk

## ATTENTION

*A copy of this Notice must be served on all parties served with the Summons and Complaint (or, in cases removed from state court, on all parties served with the Notice of Removal) by the party who filed the Complaint (or Notice of Removal).*

CV-18 (04/14)                    NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

JENNY SANTAMARIA

PLAINTIFF(S)

v.

ORIONS MANAGEMENT GROUP, LLC

DEFENDANT(S).

CASE NUMBER

**CV14-3165 BRO AGRx**

**SUMMONS**

TO:   DEFENDANT(S): <u>ORIONS MANAGEMENT GROUP, LLC</u>

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, <u>Ryan Lee, Esq.</u>, whose address is <u>Krohn & Moss, Ltd.; 10474 Santa Monica Blvd., Suite 405; Los Angeles, CA 90025</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.   You also must file your answer or motion with the court.

Dated: __4-24-14__

Clerk, U.S. District Court

By: _____
    Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

JENNY SANTAMARIA

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

ORIONS MANAGEMENT GROUP, LLC

**(b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)**
Krohn & Moss, Ltd.; Ryan Lee, Esq. 10474 Santa Monica Blvd., Suite 405; Los Angeles, CA 90025 (323) 988-2400

**(b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 USC 1692 et seq.; Unlawful and Abusive Debt Collection Practices

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL PROPERTY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☒ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: **CV14-3165**

CV-71 (09/13) CIVIL COVER SHEET Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII.  VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court? ☐ Yes ☒ No  If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action? ☐ Yes ☒ No  If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| | A PLAINTIFF? Then check the box below for the county in which the majority of DEFENDANTS reside. | A DEFENDANT? Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| | ☐ Los Angeles | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? | A. Los Angeles County | B. Ventura, Santa Barbara, or San Luis Obispo Counties | C. Orange County | D. Riverside or San Bernardino Counties | E. Outside the Central District of California | F. Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| Indicate the location in which a majority of claims arose: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**C.1. Is either of the following true? If so, check the one that applies:**

☐ 2 or more answers in Column C

☐ only 1 answer in Column C and no answers in Column D

Your case will initially be assigned to the
SOUTHERN DIVISION.
Enter "Southern" in response to Question D, below.

If none applies, answer question C2 to the right. ➡

**C.2. Is either of the following true? If so, check the one that applies:**

☐ 2 or more answers in Column D

☐ only 1 answer in Column D and no answers in Column C

Your case will initially be assigned to the
EASTERN DIVISION.
Enter "Eastern" in response to Question D, below.

If none applies, go to the box below. ⬇

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | WESTERN |

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ NO  ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

---

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** _____   DATE:  4/17/2014

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

---

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

---