1  Ryan Lee Esq. (SBN: 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Ste. 405
   Los Angeles, CA 90025
3  rlee@consumerlawcenter.com
   T: (323) 988-2400
4  F: (866) 861-1390
   Attorney for Plaintiff
5  JENNY SANTAMARIA

**UNITED STATES DISTRICT COURT,**
**CENTRAL DISTRICT OF CALIFORNIA,**
**WESTERN DIVISION**

| | |
|---|---|
| JENNY SANTAMARIA,<br><br>         Plaintiff,<br>     vs.<br><br>ORIONS MANAGEMENT GROUP, LLC,<br><br>         Defendant. | **Case No.: 2:14-cv-03165-BRO-AGR**<br><br>NOTICE OF SETTLEMENT |

   NOW COMES the Plaintiff, JENNY SANTAMARIA, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

   Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                              Respectfully Submitted,

Dated: 05/28/2014            KROHN & MOSS LTD

                             /s/ Ryan Lee
                             Ryan Lee, Esq.
                             Attorney for Plaintiff,
                             JENNY SANTAMARIA

1

NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2014, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on May 28, 2014, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By:  /s/ Ryan Lee  
      Ryan Lee, Esq.