Ryan Lee Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste. 405
Los Angeles, CA 90025
rlee@consumerlawcenter.com
T: (323) 988-2400
F: (866) 861-1390
Attorney for Plaintiff
JENNY SANTAMARIA

**UNITED STATES DISTRICT COURT,**
**CENTRAL DISTRICT OF CALIFORNIA,**
**WESTERN DIVISION**

| | |
|---|---|
| JENNY SANTAMARIA,<br><br>            Plaintiff,<br>      vs.<br><br>ORIONS MANAGEMENT GROUP, LLC,<br><br>            Defendant. | **Case No.: 2:14-cv-03165-BRO-AGR**<br><br>**VOLUNTARY DISMISSAL** |

### **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, JENNY SANTAMARIA, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

                                        Respectfully Submitted,

Dated: 10/01/2015            KROHN & MOSS LTD

                                        /s/ Ryan Lee
                                        Ryan Lee, Esq.
                                        Attorney for Plaintiff,
                                        JENNY SANTAMARIA

1

---
VOLUNTARY DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2015, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: <u>/s/ Ryan Lee</u>
Ryan Lee, Esq.